JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __701--__  IN RE BRADFORD TRUST COMPANY SECURITIES LITIGATION

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 86/07/17 | 1 | MOTION, BRIEF, SCHEDULE A & CERT. OF SVC. -- Defendants Fidata Trust Company New York -- SUGGESTED TRANSFEREE DISTRICT; Southern District of New York -- SUGGESTED TRANSFEREE JUDGE? (paa) |
| 86/07/29 |  | APPEARANCES: RICHARD C. SMITH, ESQ. for American Savings & Loan Association of Florida; ANDREW V. TRAMONT, JR., ESQ. for Thomas Tew & ESM Government Securities, Inc.; JAMES M. LANDIS, ESQ. for Clallam County, Clallam County P.U.D. #1, P.U.D. Self-Insurance Fund, Chelan County & Jefferson County; MARK VORDER-BRUEGGE, JR., ESQ. for Board of Education, Memphis City Schools; R. STEPHEN SHIBLA, ESQ. for City of Harrisburg; LAWRENCE G. McMICHAEL, ESQ., for County of Dauphin, Pa.; DAVID WADE, ESQ. for United Savings of America, F.A.; LINDA A. CONAHAN, ESQ. for City of Pompano Beach, Florida; BARRY L. KATZ, ESQ. for Fidata Trust Company New York, Fidata Corporation, and Fidata Securities Management Inc.; ALVIN M. STEIN, ESQ. for Grant Thornton f/k/a Alexander Grant & Co.; ANDREW L. GORDON, ESQ. for City of Beaumont Texas; MELANIE G. MAY, ESQ. for Gilbert Haddad, Joseph & Jack Haddad, P.A.; THEODORE MARGOLIS, ESQ. for First Atlantic Savings & Loan Association; PATRICIA M. SILVER, ESQ. for First Federal Savings & Loan Association of Big Spring Texas; JOAN R. SHEAK, ESQ. for the City of Allentown; ALLAN E. MAYEFSKY, ESQ. for Resource Management; JACK R. PIGMAN, ESQ. for Connie J. Harris; JAMES A. SMITH, ESQ. for The City of Toledo Ohio; SERGIO ALVAREZ-MENA, III, ESQ. for City of Tamarac. WILLIAM L. HONNICUTT, ESQ. for Clark County, Nevada (per telecon) (paa) |
| 86/07/29 | 2 | LETTER -- signed by Robert D. Helfand, Esq. counsel for Fidata Trust Co. New York, et al. (cds) |
| 86/07/29 | 3 | AMENDED BRIEF -- defts. Fidata Trust Co. New York, Fidata Corp. and Fidata Securities Management, Inc. -- W/EXHIBIT A and cert. of service (cds) |
| 86/07/31 |  | NOTICE TO COUNSEL REGARDING AUTOMATIC EXTENSION OF TIME RESULTING, FROM FILING OF MOVANTS AMENDED PAPERS -- TO AUGUST 13, 1986 -- TO ALL COUNSEL. (paa) |
| 86/07/31 | 4 | AMENDMENT TO MOTION W/SCHEDULE -- defts. Fidata Trust Co. New York, Fidata Corp. and Fidata Securities Management, Inc. -- w/cert. of service (cds) |
| 86/07/31 |  | LETTER (FILED W/APPEARANCES) ASKING TO BE REMOVED FROM P.A.S.L. -- signed by David R. Carlisle, Esq. and dated 7/28/86 (cds) |

JPML FORM 1A                                                      PAGE 2

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 701 -- IN RE BRADFORD TRUST COMPANY SECURITIES LITIGATION

| Date | No. | Pleading Description |
|------|-----|---------------------|
| 86/08/01 | 5 | RESPONSE TO PLDG. #1 -- Plaintiff Connie J. Harris -- W/cert. of svc.  (paa) |
| 86/08/01 | 6 | BRIEF IN RESPONSE TO PLDG. #1 -- Plaintiff Thomas Tew -- W/Exhibits and Cert. of Svc.  (paa) |
| 86/08/04 | 7 | INTERESTED PARTY RESPONSE -- Plft. City of Harrisburg -- w/ cert. of svc. (tmq) |
| 86/08/04 | 8 | RESPONSE (to pldg. #1) -- United Savings of America, F.A. -- w. cert. of svc. (tmq) |
| 86/08/13 | 9 | RESPONSE (to pldg. 1) -- w/cert. of svc. (tmq) |
| 86/08/13 | 10 | RESPONSE, BRIEF, EXHIBIT A-D (to pldg.1) -- w/cert. of svc. (tmq) |
| 86/08/13 | 11 | JOINT RESPONSE, BRIEF (to pldg. 1) ~~Defendants Fidata Trust~~ _-- All Public Body Plaintiffs_ ~~Company~~ -- w/cert. of svc. (tmq) |
| 86/08/14 | 12 | RESPONSE (to pldg. 1) -- City of Beaumont, Texas -- w/cert. of svc. (tmq) |
| 86/08/15 | | HEARING ORDER -- Setting Motion of Fidata Trust Company of N.Y. for transfer of A-1 thru A-31 -- On September 25, 1986 in Pittsburgh, Pa.  (paa) |
| 86/08/15 | 13 | EXTENSION GRANTED TO FILE REPLY ON AUGUST 25, 1986-- Notified involved counsel. (tmq) |
| 86/08/19 | 14 | RESPONSE (to pldg. #4) -- TRUSTEE -- w/cert. of svc. (tmq) |
| 86/08/26 | 15 | REQUEST TO FILE IN EXCESS OF 20 PAGES -- Fidata -- Granted. (tmq) |
| 86/08/26 | 16 | RESPONSE, BRIEF, EXHIBITS A-P (to pldg. #1) -- Fidata -- w/cert of svc. (tmq) |
| 86/09/04 | 17 | RESPONSE(to pldg. #1) -- From Security Pacific Clearing & Services Corp. ("SPCSC") -- w/cert. of svc. (tmq) |

JPML FORM 1A



## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. *701* -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/09/23 | 18 | LETTER -- To Notify of Developments, signed by Robert D. Helfand, Esq. counsel for Fidata Trust Co., New York, et al. (tmq) |
| 86/09/25 | | APPEARANCES FOR HEARING -- Pittsburgh, Pennsylvania September 25, 1986 -- Barry L. Katz, Esq. for Fidata Trust Company New York, Fidata Corporation & Fidata Securities Management. Inc.; Douglas R. Jensen, Esq. for Security Pacific Clearing & Service Corp.; Andrew V. Tramont, Jr., Esq. for Thomas Tew, Trustee for E.S.M. Government Securities, Inc.; Lee Stremba, Esq. for Grant Thornton Defendants; James A. Smith, Esq. for City of Tamarac, Florida, Board of Education, Memphis & City of Toledo, Ohio; James A. Smith, Esq. or Andrew L. Gordon, Esq. for City of Pompano Beach, Clark County, Nevada, City of Allentown; Andrew L. Gordon, Esq. for City of Beaumont, Texas; Lawrence G. McMichael, Esq. for County of Dauphin, Pa.; David Wade, Esq. for United Savings of America, F.A.; (R. Stephen Shibla, Esq. for City of Harrisburg (NOT ON MOTION)) James A. Smith, Esq. or Andrew L. Gordon, Esq. for Clallam Conty, Clallam County P.U.D. #1, P.U.D. Self-insurance Fund, Chelan County & Jefferson County. (paa) |
| 86/09/25 | | WAIVERS FOR ORAL ARGUMENT ON 9/25/86 -- Pittsburgh, Pennsylvania -- Richard C. Smith, Esq. for American Savings and Loan Association of Florida; George E. Bunnell, Esq. for Gilbert Haddad, et al.; Jack R. Pighman, Esq. for Connie J. Harris; Patricia M. Silver, Esq. for First Federal Savings & Loan Association of Big Spring, Texas. (paa) |
| 86/10/21 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Hon. Jose A. Gonzalez, Jr., S.D. Florida for pretrial proceedings pursuant to 28 U.S.C. §1407 (rh) |
| 86/10/21 | | TRANSFER ORDER -- transferring A-1 thru A-4 to the S.D. Florida pursuant to 28 U.S.C. §1407 -- Notified involved counsel, misc. recipients, judges and clerks (rh) |
| 86/10/23 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-32 City of Harrisburg v. Bradford Trust Co. v. Ronnie R. Ewton, et al., M.D. Pennsylvania, C.A. No. CV-85-0429 -- Notified involved counsel and judges (rh) |
| 86/11/06 | 19 | NOTICE OF OPPOSITON TO CONDITIONAL TRANSFER ORDER (B-32) City of Harrisburg v. Bradford Trust Co. v. Ronnie R. Ewton, et al., M.D. Pa., C.A. No. CV-85-0429 -- Fidata Trust Co. of New York, Fidata Corp., and Fidata Securities Management, Inc. -- w/cert. of service (cds) |

JPML FORM 1A

p. 4

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 701 -- In re Bradford Trust Company Securities Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 86/11/26 | 20 | MOTION, BRIEF, EXHIBITS A & B, Cert. of Svc. -- City of Harrisburg v. Bradford Trust Co. v. Ronnie R. Ewton, et al., M.D. Pa. C.A. No. CV-85-0429 -- Fidata Trust Co. of New York, Fidata Corp., and Fidata Securities Management, Inc.  (paa) |
| 86/12/08 | 21 | RESPONSE -- (to Pldg. #20) Thomas Tew -- w/cert. of svc. (rh) |
| 86/12/18 | 22 | RESPONSE -- (to pldg. #19) City of Harrisburg in Opposition to Motion -- w/cert. of svc. (tmq) |
| 86/12/19 | | HEARING ORDER -- setting opposition to transfer of B-32 for Panel hearing on January 29, 1987 in Tampa, Florida  (cds) |
| 87/01/07 | 23 | RELY BRIEF -- Defts. Fidata Trust Company of New York (formerly "Bradford Trust") --  W/Exhibits and certificate of service.  (paa) |
| 87/01/13 | 23 | CORRECTED REPLY BRIEF (pldg. no. 23 filed on 1/7/87) -- Fidata Trust Company of New York (formerly "Bradford Trust") -- W/Exhibits and Cert. of Svc.  (paa) |
| 87/01/20 | 24 | LETTER -- Fidata Trust Company New York -- Updating pldg. # 20 & 23 -- W/service -- (paa) |
| 87/01/28 | | HEARING APPEARANCES:  (hearing of 1/29/87) ROBERT D. HELFAND, ESQ. for Fidata Trust Co. New York, Fidata Corp. and Fidata Securities Management, Inc.; R. STEPHEN SHIBLA, ESQ. OR THOMAS A. FRENCH, ESQ. for City of Harrisburg; ANDREW V. TRAMONT, JR., ESQ. for Thomas Tew (rh) |
| 87/01/28 | | WAIVERS OF ORAL ARGUMENT:  (hearing of 1/29/87) Grant Thornton; Security Pacific Clearing & Services Corp.; Gilbert Haddad; Connie J. Harris; City of Pompano Beach, Florida; Clark County, Nevada; United Savings of America; The City of Allentown; The County of Dauphin, Pensylvania; Board of Education, Memphis City Schools; City of Toledo, Ohio; American Savings & Loan Association of Florida; The City of Beaumont, Texas (rh) |

Case MDL No. 701   Document 1   Filed 06/11/15   Page 5 of 16

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 701 -- __IN RE BRADFORD TRUST COMPANY SECURITIES LITIGATION__

| Date     | Ref. | Pleading Description |
|----------|------|---------------------|
| 87/02/09 |      | TRANSFER ORDER -- Transferring B-32 City of Harrisburg v. Bradford Trust Co., M.D. Pennsylvania, C.A. No. CV-85-0429 -- NOTIFIED INVOLVED CLERKS, JUDGES & COUNSEL.  (paa) |

JPML Form 1

Revised: 8/78

DOCKET NO. 701 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE BRADFORD TRUST COMPANY SECURITIES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| September 25, 1986 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | October 21, 1986 | TO | Unpublished | S.D. Florida *#113C* | Hon. Jose A. Gonzalez, Jr. | |

Mr. Robert March
Clerk, U.S. District Court
299 E. Broward Blvd.
Ft. Lauderdale, Fl  33301

Attention:  Alisia Marshall
FTS 820-7075 COM. 305-527-7075

**Special Transferee Information**

DATE CLOSED:  *9/13 88*

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 701 -- _____ IN RE BRADFORD TRUST COMPANY SECURITIES LITIGATION _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | City of Tamarac, Florida v. Bradford Trust Co., et al. | N.Y.,S. Carter | 85 Civ. 3167 | 10-21-86 | 86-7006 | 4/30/87 | |
| A-2 | County of Dauphin, Pa. v. Bradford Trust Co. | N.Y.,S. Sand | 85 Civ. 2220 | 10-21-86 | 86-7007 | 4/30/87 | |
| A-3 | Connie J. Harris, etc., et al. v. Fidata Trust Company of New York, et al. | N.Y.,S. Duffy | 86 Civ. 3096 | 10-21-86 | 86-7008 | 4/30/87 | |
| A-4 | City of Allentown v. Fidata Trust Co. | Pa.,E. Cahn | 86-0787 | 10-21-86 | 86-7005 | 4/30/87 | |
| A-5 | City of Pompano Beach, Florida v. Fidata Trust Co New York | Fla.,S. Gonzalez | 86-6049-CIV-GONZALEZ | | | 4/30/87 | |
| A-6 | Board of Education, Memphis City Schools v. Fidata Trust Company, New York | Fla.,S. Gonzalez | 86-6013-CIV-GONZALEZ | | | 4/30/87 | |
| A-7 | City of Beaumont, Texas v. Fidata Corp., et al. | Fla.,S. Gonzalez | -86-6012-CIV-GONZALEZ | | | 4/30/87 | |
| A-8 | Clark County, Nevada v. Fidata Corp., et al. | Fla.,S. Gonzalez | 86-6158-CIV-GONZALEZ | | | 4/30/87 | |
| A-9 | Ciity of Toledo, Ohio v. Fidata Corp., et al. | Fla.,S. Gonzalez | 86-6156-CIV-GONZALEZ | | | 4/30/87 | |
| A-10 | First Federal Savings and Loan Association of Big Spring, Texas v. Fidata Corp., et al. | Fla.,S. Gonzalez | 86-6160-CIV-GONZALEZ | | | 8/21/86 | |

DOCKET NO. 701 -- IN RE BRADFORD TRUST COMPANY SECURITIES LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-11 | United Savings of America, F.A. v. Fidata Trust Company of New York | Fla.,S. Gonzalez | 86-6451-CIV-GONZALEZ | | | 5/29/87D | |
| A-12 | In re E.S.M. Government Securities, Inc., etc., et al. v. Fidata Trust Company of New York | Fla.,S. Gonzalez | 85-6865-CIV-GONZALEZ | | | 8/13/58D | |
| A-13 | American Savings and Loan Association of Florida v. Alexander Grant & Co., et al. | Fla.,S. Gonzalez | 85-0763-CIV-GONZALEZ | | | 11/5/86D | ✓ |
| A-14 | Resource Management v. Alexander Grant & Co., ert al. | Fla.,S. Gonzalez | -85-3319-CIV-GONZALEZ | | | 11/5/86D | ✓ |
| A-15 | Thomas Tew, etc., et al. v. Arnold Aron, et al. | Fla.,S. Gonzalez | 85-6219-CIV-GONZALEZ | | | 12/28/87D | Appeal 2/5/87 |
| A-16 | City of Toledo, Ohio v. Alexander Grant & Co. | Fla.,S. Gonzalez | 85-6224-CIV-GONZALEZ | | | 7/29/22D | |
| A-17 | City of Beaumont, Texas v. Joseph Abrams, et al. | Fla.,S. Gonzalez | 85-6236-CIV-GONZALEZ | | | 2/29/89D | |
| A-18 | City of Harrisburg, Pa. v. Alexander Grant & Co., et al. | Fla.,S. Gonzalez | 85-6270-CIV-GONZALEZ | | | 2/29/88D | |
| A-19 | City of Pompano Beach, Florida v. Aronold Aaron, et al. | Fla.,S. Gonzalez | 86-6280-CIV-GONZALEZ | | | 2/29/88D | |
| A-20 | City of Tamarac, Florida v. Joseph Abrams, et al. | Fla.,S. Gonzalez | 85-6296-CIV-GONZALEZ | | | 2/29/88D | |

JBML FORM 1 -- Continuation

Listing of Involved Actions -- p. 3

DOCKET NO. 701 -- IN RE BRADFORD TRUST COMPANY SECURITIES LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-21 | First Federal Savings and Loan Association of Big Spring, Texas v. Alexander Grant & Co., et al. | Fla.,S. Gonzalez | 85-6369-CIV-GONZALEZ | | | 12/3/86D. | |
| A-22 | Callam County, Washington, et al. v. Joseph Abrams, et al. | Fla.,S. Gonzalez | 85-6393-CIV-GONZALEZ | | | 7/29/88D | |
| A-23 | Clark County, Nevada v. Alexander Grant & Co., et al. | Fla.,S. Gonzalez | 85-6560-CIV-GONZALEZ | | | 7/29/88D | |
| A-24 | Board of Education, City of Memphis v. George E. Abs, et al. | Fla.,S. Gonzalez | 85-6570-CIV-GONZALEZ | | | 7/29/88D | |
| A-25 | Sun Federal Savings and Loan Association v. Alexander Grant & Co., et al. | Fla.,S. Gonzalez | 85-6592-CIV-GONZALEZ | | | 1/3/86 | |
| A-26 | County of Dauphin, Pennsylvania v. Alexander Grant & Co., et al. | Fla.,S. Gonzalez | 85-6677-CIV-GONZALEZ | | | 7/29/88D | |
| A-27 | Wm. E. Pollack Government Securities, Inc. v. Alexander Grant & Co. | Fla.,S. Gonzalez | 85-6816-CIV-GONZALEZ | | | 9/6/86 | |
| A-28 | City of Allentown v. Joseph Abrams, et al. | Fla.,S. Gonzalez | 86-6056-CIV-GONZALEZ | | | 7/29/88D | |
| A-29 | First Tennessee Bank, N.A. v. Jose Gomez, et al. | Fla.,S. Gonzalez | 86-6097-CIV-GONZALEZ | | | 10/17/86 | |
| A-30 | Oppenheimer Government Securities, Inc. v. Alexander Grant & Co., et al. | Fla.,S. Gonzalez | 86-6108-CIV-GONZALEZ | | | 10/31/86 | |

DOCKET NO. 701 -- IN RE BRADFORD TRUST COMPANY SECURITIES LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-31 | First Atlantic Savings and Loan Association v. Grant Thornton, et al. | Fla.,S. Gonzalez | 86-6226-CIV-GONZALEZ | | | 11/5/86 D ✓ | |
| | In re Alexander Grant & Co. Litigation (19 consolidated actions A-13 - A-31) | Fla.,S. Gonzalez | ESM 1 Do Not Count | 2-9-87 | 87-7008 | 7/29/88 D ✓ | impl. |
| B-32 | City of Harrisburg v. Bradford Trust Co. v. Ronnie R. Ewton, et al. 10-23-86 opposed 11/6/86 | M.D.Pa. Rambo | CV-85-0429 | | | | |
| XYZ-33 | Clallam County, Wash. v. FIDATA Corp., et al. | Fla.,S. | 86-6593 - JAG | | | 6/3/82 D ✓ | |

July 1987 - 5 TR/28 XYZ/13 Dis/20 Pdg.
July 1988 - same
July 1989 - 11 Dismissed 8 Dis/12 Pdg.
July 1990 - 1 Dis/Litigation 11 Pending Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___701___ IN RE BRADFORD TRUST COMPANY SECURITIES LITIGATION

FIDATA TRUST COMPANY NEW YORK
FIDATA CORPORATION
FIDATA SECURITIES MGT. INC.
Barry L. Katz, Esquire
Sereff, Friedman, Hoffman & Goodman
919 Third Avenue
New York, New York  10022

CITY OF TAMARAC, FLA.  (A-1 & 20)
Sergio Alvarez-Mena, III
Morgan, Lewis & Bockius
3200 Miami Center
100 Chopin Plaza
Miami, Florida  33131

COUNTY OF DAUPHIN, PA.  (A-2 & 26)
Lawrence G. McMichael, Esquire
Dilworth, Paxson, Kalish & Kauffman
2600 The Fidelity Building
Philadelphia, Pennsylvania  19109

CONNIE J. HARRIS, ETC.  (A-3)
Jack R. Pigman, Esquire
Porter, Wright, Morris & Arthur
41 South High Street
Columbus Ohio  43215

CITY OF ALLENTOWN  (A-4 & 28)
Joan R. Sheak, Esquire
12 North Seventh Street
Allentown, Pennsylvania  18101

CITY OF POMPANO BEACH, FLA. (A-5 & 19)
Linda A. Conahan, Esquire
English, McCaughan & O'Bryan
100 N.E. Third Avenue
Post Office Box 14098
Ft. Lauderdale, Florida  33302

BOARD OF ED. CITY OF MEMPHIS (A-6 & 24)
Mark Vorder-Bruegge, Jr., Esquire
12TH Floor
67 Madison Avenue
Memphis, Tennessee  38103

CITY OF BEAUMONT, TEXAS   (A-7 & 17)
Andrew L. Gordon, Esquire
Shutts & Bower
1500 Edward Ball Building
100 Chopin Plaza
Miami, Florida  33131

CITY OF TOLEDO, OHIO  (A-9 & 16)
James A. Smith, Esquire
Squire, Sanders & Dempsey
1800 Huntington Building
Cleveland, Ohio  44115

FIRST FEDERAL SAVINGS & LOAN ASSOC.
OF BIG SPRING, TEXAS        (A-10 & 21)
Patricia M. Silver, Esquire
Smith & Mandler, P.A.
Suite 700, 800 Brickell Avenue
Miami, Florida  33131

UNITED SAVINGS OF AMERICA, F.A. (A-11)
David Wade, Esquire
Martin, Tate, Morrow & Marston, P.C.
22 North Front Street, 11th Floor
Memphis, Tennessee  38103

ESM GOVERNMENT SECURITIES LIT.( A-12)
THOMAS TEW, ETC.              (A-15)
Andrew V. Tramont, Jr., Esquire
Suite 1000, Sun Bank Building
777 Brickell Avenue
Miami, Florida  33131

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __2_____

DOCKET NO. __701___ -- IN RE BRADFORD TRUST COMPANY SECURITIES LITIGATION _____

AMERICAN S&L ASSOCIATION OF FLA. (A-13)
Richard C. Smith, Esquire
Steel, Hector & Davis
4000 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131

RESOURCE MANAGEMENT  (A-14)
Allan E. Mayefsky, Esquire
Rosenberg & Tulis
230 Park Avenue - Suite 1225
New York, New York  10169

CITY OF HARRISBURG      (A-18)
R. Stephen Shibla, Esquire
410 N. Third Street
Post Office Box 1146
Harrisburg, Pennsylvania  17108

CLALLAM COUNTY
CLALLAM COUNTY P.U.D. #1
P.U.D. SELF-INSURANCE FUND
CHELAN COUNTY
JEFFERSON COUNTY        (A-22)
James M. Landis, Esquire
Carlton, Fields, Ward, Emmanuel
    Smith & Cutler, P.A.
Post Office Box 3239
Tampa, Florida  33601

CLARK COUNTY, NEVADA  (A-23)
William L. Honnicutt, Esq.
2900 First Interstate Tower North
633 Seventeenth Street
Denver, Colorado  80202

SUN FS&L ASSOCIATION    (A-25)
James D. Adams, Esq. (No App. Rec'd)
186 S.W. 13th Street
Miami, Florida  33130

WM. E. POLLACK GOV'T SEC. INC.  (A-27)
Richard L. Williams, Esq. (No App. Rec'd)
2400 AmeriFirst Building
1 Southeast Third Aveneu
Miami, Florida  33131

FIRST TENNESSEE BANK, NA.  (A-29)
James L. Armstrong, III, Esq. (No App. Rec'd)
1301 Alfred I. DuPont Building
Miami, Florida  33131

OPPENHEIMER GOV'T SEC., INC. (A-30)
Bennett Falk, Esq., (No App. Rec'd)
One Biscayne Tower, Suite 2020
Two South Biscayne Bolevard
Miami, Florida  33131

FIRST ATLANTIC S&L ASSOCIATION, (A-31)
Theodore Margolis, Esquire
4 Becker Farm Road
Roseland, New Jersey  07068

RONNIE R. EWTON
Lawrence Heller, Esquire (No App. Rec'd)
One Biscayne Tower
Miami, Florida  33131

GEORGE G. MEAD  (No App. Rec'd)
Samuel L. Burstyn, P.A.
3050 Biscayne Boulevard
Miami, Florida  33137

JPML FORM 2A -- Continuation ●

Counsel of Record -- p. 3

DOCKET NO. 701 -- IN RE BRADFORD TRUST COMPANY SECURITIES LITIGATION

---

NICHOLAS WALLACE (No App. Rec'd)

Nicholas Wallace
1710 Coral Ridge Drive
Fort Lauderdale, FL  33305

CHARLES W. STREICHER (No App. Rec'd)
2691 E. Oakland Park Boulevard
Suite 400
Ft. Lauderdale, Florida  33306

BURTON M. BONGARD  (No App. Rec'd)
Bill Gilliam, Esquire
Smith & Schnacke
2000 Courthouse Plaza, N.E.
Post Office Box 1817
Dayton, Ohio  45401

DAVID J. SCHIEBEL  (NO APP. REC'D)
Roger I. Makley, Esquire
Coolidge, Wall, Womsley & Lombard
600 IBM Building
Dayton, Ohio  45402

GILBERT HADDAD, ET AL
George E. Bunnell, Esquire
Bunnell, Denman & Woulfe, P.A.
1080 S.E. 32nd Avenue
Ft. Lauderdale, Florida  33316

ARKY FREED & EUGENE STERNS
ARKY, FREED, STEARNS, WATSON,
GREER, WEAVER & HARRIS, P.A.
Rex Conrad, Esq. (No app. Rec'd)
Conrad, Scherer & James
633 South Federal Highway
Ft. Lauderdale, Florida 33301

ESTATE OF ALAN R. NOVICK  (No App. Rec'd)
Russell E. Carlisle, Esquire
201 Alhambra Circle
Suite 511
Coral Gables, Florida  33134

MARVIN L. WARNER   (No App. Rec'd)
Hugh F. Culverhouse, Jr., Esq.
One Bisaybne Tower, Suite 3600
Two South Biscayne Boulevard
Miami, Florida  33131

JOSE GOMEZ   (No App. Rec'd)
Jose Gomez
11552 S.W. 100th Avenue
Miami, Florida  33176

GRANT THORNTON, F/K/A
ALEXANDER GRANT & COMPANY
Alvin M. Stein, Esquire
Parker, Chapin, Flattau & Limpl
1211 Avenue of the Americas
New York, New York  10036

SECURITY PACIFIC CLEARING & SVC. CORP.
(UNABLE TO DETERMINE COUNSEL) See below
(No App. Rec'd)

HOME STATE SAVINGS BANK (No App. Rec'd)
(UNABLE TO DETERMINE COUNSEL)

SECURITY PACIFIC CLEARING & SVC. CORP.
Catherine A. Ludden, Esq. (no appearance)
Gaston, Snow, Beekman & Bogue
14  Wall Street
New York, NY  10005

JPML FORM 2A -- Continuation

Counsel of Record -- p. 4

DOCKET NO. _____ -- _____

CITY OF HARRISBURG (B-32)
R. Stephen Shibla, Esq.
(Same As A-18)

Nathan H. Water, Jr., Esq.
City Solicitor
10 North Market Square
Harrisburg, PA  171101

ESTATE OF ALAN R. NOVICK (Deft. in B-32)
Unable to determine counsel

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _*701*_ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| FIDATA TRUST COMPANY NEW YORK *(Bradford Trust)* | *1; 2; 3; 4; 5; 7; 8; 9; 10; 11; 12; (13 — 31) B-52* |
| FIDATA CORP. *(Bradford Nat'l)* | *2; 8; 10; 4; (13 — 31)* |
| FIDATA SECURITIES MANAGEMENT, INC. *(Bradford Sec)* | *7; 9; 4; (13 — 31)* |
| ALEXANDER GRANT & CO. (and individual company defts.) | *(A-13 — A-31)* |
| RONNIE R. EWTON | *(A-13 — A-31) B-52* |
| GEORGE G. MEAD | *(A-13 — A-31) B-52* |
| NICHOLAS B. WALLACE | *(A-13 — A-31) B-52* |
| CHARLES W. STREICHER | *(A-13 — A-31) B-52* |
| BURTON M. BONGARD | *(A-13 — A-31)* |
| DAVID J. SCHIEBEL | *(A-13 — A-31)* |
| ARKY FREED STERBS WATSON GREER WEAVER & HARRIS, P.A. | *(A-13 — A-31)* |

p. _____

| | |
|---|---|
| GILBERT HADDAD | (A-13 — A-31) |
| ESTATE OF ALAN R. NOVICK | (A-13 — A-31) 32 |
| EUGENE STERNS | (A-13 — A-31) |
| MARVIN L. WARNER | (A-13 — A-31) |
| BURTON M. BONGARD | (A-13 — A-31) |
| DAVID J. SCHIEBEL | (A-13 — A-31) |
| HOME STATE SAVINGS BANK | (A-13 — A-31) |
| CONNIE J. HARRIS | (A-13 — A-31) |
| AMERICAN SAVINGS & LOAN ASSOCIATION OF FLORIDA | (A-13 — A-31) |
| SECURITY PACIFIC CLEARING AND SERVICES CORP. | (A-13 — A-31) |
| JOSE GOMEZ (Alexander Grant indiv. defendant representing self) | (A-13 — A-31) |